# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00697-CV

**Demetrius T. Crockett, Appellant**

**v.**

**Juan M. Salinas, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-007909, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Demetrius T. Crockett has filed an unopposed "Notice of Nonsuit Without Prejudice" representing that he no longer wishes to pursue this case against appellee Juan M. Salinas. We construe appellant's nonsuit notice as a motion to dismiss this appeal. *See In re Mark*, No. 01-15-00582-CV, 2016 WL 7368089, at *1 (Tex. App.—Houston [1st Dist.] Dec. 15, 2016, orig. proceeding). We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed:  January 24, 2025